Thomas H. Billingslea, Jr. Chapter 13 Trustee
Jenny Judith Ha [SBN 231476] Staff Attorney
530 'B' Street, Suite 1500
San Diego, California 92101
(619) 233-7525 (Phone)
(619) 233-7267 (Fax)
billingslea@thb.coxatwork.com (email)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West 'F' Street, San Diego, California 92101-6991

In re

Lorenzo Andrew Laumbach

Bankruptcy No.   05-05205-LT13

Debtor(s).

### TRUSTEE'S REPLY TO DEBTOR'S OPPOSITION TO MOTION TO DISMISS

On May 6, 2008, Thomas H. Billingslea, Jr., Chapter 13 Trustee for the instant bankruptcy filed a Motion to Dismiss for Debtor's material default as to plan payments.  The Trustee has since received a Declaration of Debtor's counsel in Opposition to the Motion to Dismiss and Request and Notice of Hearing.

The Trustee notes defects within the Request and Notice of Hearing filed – see Docket #35.

(1) The Request and Notice of Hearing is directed to another Trustee other than Trustee Billingslea
(2) The Request and Notice of Hearing incorrectly lists Trustee David Skelton, Jr., as the movant of the Motion to Dismiss
(3) The Request and Notice of Hearing fails to list the Department, Room, Date and Time of the hearing for the Opposition to the Motion to Dismiss.

The Trustee requests the Request and Notice of Hearing be amended to correct the aforementioned defects.

If Debtor's intent is to oppose the Motion to Dismiss, Trustee requests Debtor submit a declaration stating why the case should not be dismissed as this is the second Motion to Dismiss filed since October 4, 2007 in a 0% plan and there is now a length issue.

Dated: June 16, 2008                                                  Respectfully Submitted,

/s/ Jenny Judith Ha
Jenny Judith Ha, Staff Attorney for
Thomas H. Billingslea, Jr.
Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on June 16, 2008, served a true copy of the within document by United States Mail, postage prepaid upon Debtor and Debtor's Counsel named herein addressed to their respective addresses as shown on the face hereof. I certify under penalty of perjury that the foregoing is true and correct.

Dated: June 16, 2008                              /s/ Jenny Judith Ha
                                                  Jenny Judith Ha


DEBTOR:
Lorenzo Andrew Laumbach
2512 Coronado Ave
San Diego, CA 92154

DEBTOR'S COUNSEL:
Marjan Mortazavi
501 West Broadway, Suite 510
San Diego, CA 92101